# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**DENNIS DEBUSK,**

**Plaintiff,**

**v.** **Case No: 6:17-cv-608-Orl-31GJK**

**QUINSTREET, INC.,**

**Defendant.**

---

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Upon consideration of the Notice of Dismissal without Prejudice (Doc. 7), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed without prejudice, each party to bear its own fees and costs. Any pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on April 25, 2017.

**GREGORY A. PRESNELL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Parties